# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>TREVOR J. ROBINSON,<br>[DOB: 09/04/1976]<br><br>                  Defendant. | Case No. _____<br>**COUNT ONE:**<br>*Possession With Intent to Distribute Methamphetamine*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>NLT: 10 Years' Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT TWO:**<br>*Possession With Intent to Distribute Cocaine*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT THREE:**<br>*Possession With Intent to Distribute Heroin*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT FOUR:**<br>*Possession With Intent to Distribute Fentanyl*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT FIVE:**<br>*Possession With Intent to Distribute Ecstasy*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>Class C Felony |

| $100 Mandatory Special Assessment for each count of conviction |

# **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

## **COUNT ONE**
*(Possession With Intent to Distribute Methamphetamine)*

On or about October 22, 2020, within the Western District of Missouri, the defendant, **TREVOR J. ROBINSON**, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine (actual), a schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## **COUNT TWO**
*(Possession With Intent to Distribute Cocaine)*

On or about October 22, 2020, within the Western District of Missouri, the defendant, **TREVOR J. ROBINSON**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **COUNT THREE**
*(Possession With Intent to Distribute Heroin)*

On or about October 22, 2020, within the Western District of Missouri, the defendant, **TREVOR J. ROBINSON**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
*(Possession With Intent to Distribute Fentanyl)*

On or about October 22, 2020, within the Western District of Missouri, the defendant, **TREVOR J. ROBINSON**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
*(Possession With Intent to Distribute Ecstasy)*

On or about October 22, 2020, within the Western District of Missouri, the defendant, **TREVOR J. ROBINSON**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (also known as: ecstasy or MDMA), a schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

| 1/26/2021 | */s/ Sean Saunders* |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |

*/s/ Ashleigh A. Ragner*
Ashleigh A. Ragner
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri